BARRY L. SOLOMON
P.O. BOX 11131
Reno, Nevada 89510-1131
Telephone: (775) 324-0922

Trustee in Bankruptcy

RECEIVED AND FILED
2009 JUN 23 PM 12:47
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:

HARDWARE STREET.COM, INC.
                    Debtor(s).
_____/

CHAPTER 7
CASE NO: 01-30121

**NOTICE OF UNCLAIMED FUNDS PURSUANT TO RULE 3011**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

FROM BARRY L. SOLOMON, Trustee

Pursuant to Bankruptcy Rule 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court, and shall be withdrawn as provided in Chapter 129, Title 28, USC § 2042.

| CLAIM NUMBER | CLAIMANT & CLAIMANT'S ADDRESS | CAN NUMBER 613300 AMOUNT OF DEPOSIT |
|---|---|---|
| 4P | PAUL TERRELL<br>16100 MT. ROSE HIGHWAY<br>RENO, NV 89511 | 2,641.50 |
|  | TOTAL | $ 2,641.50 |

Note: Rule 2010 requires Dividend under $5.00 to be deposited into the Registry of the United States Bankruptcy Court. Make checks payable to Clerk, United States Bankruptcy Court.

Dated: June 15, 2009

_____
Barry L. Solomon, Trustee

NOTICE OF UNCLAIMED FUNDS
BANKRUPT\WINBURN.UNC

Page 1